IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01910-BNB

STEVEN MICHAEL TULLER,

 Plaintiff,

v.

ARISTEDES ZAVARAS,
SUSAN JONES,
DR. KIRKMAN,
DR. JILLY LANPELA,
DR. WRIGHT,
MEGHAN REED, and
JOAN M. SHOEMAKER,

 Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

 This matter is before the Court on the motion for extension of time submitted by Plaintiff on September 10, 2010. The motion is GRANTED. Plaintiff shall have **up to and including October 12, 2010**, to show cause as directed in the Court's August 10, 2010, Order. Failure to do so within the time allowed will result in the dismissal of the instant action.

 Additionally, Plaintiff's motion for court order (Doc. No. 4) filed on August 10, 2010, is DENIED as premature.

Dated: September 13, 2010