IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01910-BNB

STEVEN MICHAEL TULLER,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
SUSAN JONES,
DR. KIRKMAN,
DR. JILLY LANPELA,
DR. WRIGHT,
MEGHAN REED, and
JOAN M. SHOEMAKER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 20 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff, Steven Michael Tuller, submitted *pro se* a motion titled "Motion Asking for Court Order Ordering PA Wright and Mental Health to Produce My Medical Files and Mental Health Files," a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Prisoner Complaint. The Court reviewed the documents pursuant to D.C.COLO.LCivR 8.2, and on August 10, 2010, directed the clerk of the Court to commence a civil action and directed Mr. Tuller to show cause within thirty days why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). On October 14, 2010, after being granted an extension of time, Mr. Tuller submitted his response to the order to show cause.

Mr. Tuller seeks leave to proceed without prepayment of fees or security therefor pursuant to § 1915. In relevant part, this statute provides:

> In no event shall a prisoner bring a civil action or appeal a
> judgment in a civil action or proceeding under this section if
> the prisoner has, on 3 or more prior occasions, while
> incarcerated or detained in any facility, brought an action or
> appeal in a court of the United States that was dismissed on
> the grounds that it is frivolous, malicious, or fails to state a
> claim upon which relief may be granted, unless the prisoner
> is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). For the purposes of this analysis, the Court may consider actions or appeals dismissed prior to the enactment of § 1915(g). *Green v. Nottingham*, 90 F.3d 415, 420 (10th Cir. 1996).

Mr. Tuller alleges that he is under imminent danger of serious physical injury based on an evaluation by Kathy A. Morall, M.D., a psychiatrist, but fails to support that allegation with facts. The evaluation to which he refers, dated February 7, 1979, is attached to the complaint, and concludes that Mr. Tuller would constitute a threat of bodily harm to members of the public, is mentally deficient, could not at the time of the report be adequately supervised on probation, and is a good candidate for treatment under the Colorado State Sex Offenders Act. These allegations fail to establish that Mr. Tuller is under imminent danger of serious physical injury.

A review of this Court's records reveals that, while he was a prisoner, Mr. Tuller has, on three or more prior occasions, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted. *See Tuller v. Neal*, No. 95-cv-02396-DBS (D. Colo. Jan. 4, 1996) (dismissed as legally frivolous), *aff'd*, No. 96-1049 (10th Cir. Dec. 19, 1996) (appeal dismissed as legally frivolous), *cert. denied*, 520 U.S. 1232 (1997); *see also Tuller v. Neal*, No. 96-cv-00678-DBS (D. Colo. Apr. 5, 1996)

(dismissed as legally frivolous), *appeal dismissed*, No. 96-1163 (10th Cir. Jan. 16, 1997); and *Tuller v. Lawrence*, No. 02-cv-02414-ZLW (D. Colo. Feb. 25, 2003) (dismissed as legally frivolous). Therefore, Mr. Tuller will be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). Accordingly, it is

ORDERED that Plaintiff, Steven Michael Tuller, is denied leave to proceed pursuant to 28 U.S.C. § 1915 because: (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted; and (2) he fails to establish that he is under imminent danger of serious physical injury. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice.

DATED at Denver, Colorado, this __20th__ day of __October__, 2010.

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01910-BNB

Steven Michael Tuller
Prisoner No. 76479
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/20/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk